IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRIAN J. MAHONE,            ) | |
|        Plaintiff,          ) | |
|                            ) | CIVIL ACTION NO. |
|     v.                     ) | 3:13cv467-MHT |
|                            ) | (WO) |
| CITY OF PHENIX CITY,       ) | |
| a municipality and police  ) | |
| department,                ) | |
|                            ) | |
|        Defendant.          ) | |

### JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court that the motion to dismiss (doc. no. 10) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of September, 2013.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE